**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7546**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

JESSIE YARBOROUGH,

              Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  G. Ross Anderson, Jr., Senior District Judge.  (8:05-cr-00809-GRA-2)

Submitted:  January 26, 2012          Decided:  February 8, 2012

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jessie Yarborough, Appellant Pro Se.  Deborah Brereton Barbier, Assistant United States Attorney, Columbia, South Carolina; William Jacob Watkins, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jessie Yarborough appeals the district court's order denying his motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Yarborough, No. 8:05-cr-00809-GRA-2 (D.S.C. Nov. 9, 2011) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED